JS 6

LOCKE LORD LLP
Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Matthew B. Nazareth (SBN 278405)
mnazareth@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213-485-1500

Attorneys for Defendant
SAUCEY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVYN COLE, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SAUCEY, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-07655<br><br>ORDER RE: STIPULATION TO REMAND THE CASE TO STATE COURT<br><br>[Removed from Superior Court of California, County of Los Angeles, Case No. BC707895] |

Having considered the Parties' Stipulation to Remand the Case to State Court and for good cause shown,

IT IS HEREBY ORDERED that this Action is remanded to the California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

1
[PROPOSED] ORDER RE: STIPULATION TO REMAND THE CASE TO STATE COURT
*Cole v. Saucey, Inc.* Case No. 2:18-cv-07655

Dated: September 24, 2018

                                        */s/ Dale S. Fischer*
Honorable Dale S. Fischer
United States District Court

## CERTIFICATE OF SERVICE

I, Matthew B. Nazareth, an attorney, do hereby certify that on September 10, 2018, I electronically filed the foregoing **[PROPOSED] ORDER RE: STIPULATION TO REMAND THE CASE TO STATE** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated:  September 10, 2018          By: */s/ Matthew B. Nazareth*
                                                       Matthew B. Nazareth